■ MARJORIE E. FRANK, Respondent, v WARREN B. FRANK, Appellant. — Order unanimously affirmed, with costs. Memorandum: The order of Onondaga Family Court is affirmed (see *Dean v Dean,* 79 AD2d 876, mot for lv to

app den 52 NY2d 706) without prejudice to respondent's seeking modification if he is denied the liberal visitation contemplated by the parties' separation agreement. (Appeal from order of Onondaga County Family Court, Bersani, J. — support — arrears.) Present — Dillon, P. J., Callahan, Denman, Boomer and Schnepp, JJ.